THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VICTOR J. GARITY, Appellant.

Submitted January 3, 1944; decided January 13, 1944

*Charles P. Sullivan, District Attorney (James F. T. Delaney* of counsel), for motion to dismiss appeal and in opposition to motion for enlargement of time.

*Victor J. Garity,* in person, for motion for enlargement of time and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed on the ground that no appeal lies as of right.

Motion for enlargement of time denied.